## Commonwealth *v.* Hines, Appellant.

Submitted November 17, 1975. *Anthony J. Lalama* and *Donna Jo McDaniel*, Trial Defenders , *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Linda L. Kelly* and *Robert L. Eberhardt*, Assistant District

Attorneys, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Order affirmed.